IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-cr-00161-M-RJ

UNITED STATES OF AMERICA,

     Plaintiff,

v.

XIAOJUN MA,

     Defendant.

ORDER

This matter comes before the court on a motion to withdraw filed by counsel for Defendant, J. Merritt Wagoner [DE 83]. For good cause shown, the motion is GRANTED. Mr. Wagoner's representation of the Defendant in this case is terminated. Defendant shall continue to be represented by retained counsel, Olivia Warren, in this case.

SO ORDERED this __9th__ day of October, 2025.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE